### HELLWIG v. MISSOURI, K. & T. RY. CO.   (No. 88.)

(Supreme Court, Appellate Term, First Department.. October 25, 1915.)

Appeal from City Court of New York, Trial Term.

Action by George T. Hellwig against the Missouri, Kansas & Texas Railway Company. From a judgment dismissing an action for defendant, plaintiff appeals. Reversed, and judgment directed for plaintiff.

Argued October term, 1915, before BIJUR, PAGE, and SHEARN, JJ.

Rounds, Hatch, Dillingham & Debevoise, of New York City (Ralph S. Rounds and Eugene Congleton, both of New York City, of counsel), for appellant.

M. E. Harby, of New York City, for respondent.

BIJUR, J. Although the actual trial of this case differed somewhat in detail from the trial involved in the appeal from judgment in No. 87 at this term (155 N. Y. Supp. 236), the considerations which determine that appeal control this one.

Judgment reversed, with costs, and judgment directed in favor of plaintiff, with costs, in the court below. All concur.